UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VIRGIL M. PRICE,

        Plaintiff,        CASE NO. 12-15209
                              Judge Lawrence P. Zatkoff
-v-                           Magistrate Judge Laurie J. Michelson

COMMISSIONER
OF SOCIAL SECURITY,

        Defendant.
_____/

**OPINION AND ORDER ADOPTING MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

       Plaintiff filed the instant action seeking Social Security Disability Insurance Benefits. This matter is currently before the Court on Magistrate Judge Laurie J. Michelson's Report and Recommendation (Docket #21), wherein the Magistrate Judge recommends that Plaintiff's Motion for Summary Judgment be granted in part, Defendant's Motion for Summary Judgment be denied, and that the case be remanded to Defendant for further proceedings, as set forth in the Report and Recommendation. Neither party filed any objections to the Report and Recommendation.

       After a thorough review of the court file, the parties' respective motions, and the Report and Recommendation, this Court will adopt the Report and Recommendation and enter it as the findings and conclusions of this Court. Therefore, IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment is DENIED, and Plaintiff's Motion for Summary Judgment is GRANTED IN PART. In addition, the Court hereby REMANDS this matter to Defendant for the purpose of thoroughly assessing, considering, and discussing the opinion of Plaintiff's long-time physician (Dr. Jeff Pierce) regarding Plaintiff's condition as it relates to Plaintiff's application for Social Security Disability Insurance Benefits when issuing its written decision regarding Plaintiff's application.

       IT IS SO ORDERED.

                                                S/Lawrence P. Zatkoff
                                                LAWRENCE P. ZATKOFF
Dated: December 13, 2013             UNITED STATES DISTRICT JUDGE